UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:11cv0094 (WOB-MRM)

TIMOTHY ALLEN LITERAL                                                PETITIONER

VS.                                         **JUDGMENT**

WARDEN, Lebanon Correctional
Institution                                                          RESPONDENT


      Pursuant to the Order entered concurrently herewith, the Court being advised,

      **IT IS ORDERED AND ADJUDGED** that the within action be, and it hereby is, **dismissed**, with prejudice, and **stricken** from the docket of this Court.

      This 17th day of January, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge